B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Keelco, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-3475500** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**542752 US Highway 1**<br>**Callahan, FL** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **32011** | ZIP Code |

| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)**                                                                                               **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Keelco, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)* <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    **Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Keelco, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.


**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

### Signature of Attorney*

**X**  **/s/ William B. McDaniel**
  _____
  Signature of Attorney for Debtor(s)

  **William B. McDaniel 084469**
  _____
  Printed Name of Attorney for Debtor(s)

  **Bankruptcy Law Firm**
  _____
  Firm Name

  **of Lansing J. Roy, P.A.**
  **1710 Shadowood Ln Ste 210**
  **Jacksonville, FL 32207**

  _____
  Address

          **information@jacksonvillebankruptcy.com**
  **904-391-0030  Fax: 904-391-0031**
  _____
  Telephone Number

  **August 8, 2011**
  _____
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Dwayne A. Keeling**
  _____
  Signature of Authorized Individual

  **Dwayne A. Keeling**
  _____
  Printed Name of Authorized Individual

  **President**
  _____
  Title of Authorized Individual

  **August 8, 2011**
  _____
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
  Address

**X** _____

_____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:


If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Keelco, Inc.**                                                                      Case No.

                                        Debtor(s)                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **August 8, 2011**                              **/s/ Dwayne A. Keeling**
                                                         **Dwayne A. Keeling**/**President**
                                                         Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

KEELCO, INC.
542752 US HIGHWAY 1
CALLAHAN FL 32011

WILLIAM B. MCDANIEL
BANKRUPTCY LAW FIRM
OF LANSING J. ROY, P.A.
1710 SHADOWOOD LN STE 210
JACKSONVILLE, FL 32207

ABLE MAINTENANCE
PO BOX 13194
TALLAHASSEE FL 32317

ALTERNATIVE COLLECTIONS, LLC
3842 HARLEM ROAD, STE 341
BUFFALO NY 14215

APEX MAINTENANCE SERVICES, LLC
1595 SCOTT ROAD
JACKSONVILLE FL 32259

BANK OF AMERICA - COLLECTIONS
PO BOX 15137
WILMINGTON DE 19850-5137

BANK OF AMERICA BNKCY
NC4-105-03-14
PO BOX 22021
GREENSBORO NC 27420-2021

BILL'S LAWN & MAINTENANCE, INC
1595 SCOTT ROAD
SAINT JOHNS FL 32259

CAPITAL ONE
PO BOX 71083
CHARLOTTE NC 28272-1083

CATERPILLAR ACCESS ACCT. CORP.
PO BOX 905229
CHARLOTTE NC 28290-5229

CHASE/SOUTHWEST
CARDMEMBER SERVICES
PO BOX 15153
WILMINGTON DE 19886-5153

COMPASS BANK
ATTN:  LEGAL DEPT.
PO BOX 10343
BIRMINGHAM AL 35203

COMPASS BANK
ATTN:  LEGAL DEPT.
PO BOX 10566
BIRMINGHAM AL 35296

DUVAL COUNTY TAXING AUTH
231 E. FORSYTH ST.
JACKSONVILLE FL 32202

DWAYNE A. KEELING
45215 STRATTON ROAD
CALLAHAN FL 32011

FRONTIER AIRLINES
PO BOX 23066
COLUMBUS GA 31902-3066

GATE FUEL SERVICE, INC.
PO BOX 23627
JACKSONVILLE FL 32241

GT LEASING
PO BOX 10196
JACKSONVILLE FL 32247

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAMES BESSENT, JR.
54093 CATHERINE AVE
CALLAHAN FL 32011

K&B TRANSPORT, INC.
PO BOX 1510
DELAND FL 32721-1510

LAW OFFICE OF JASON A. BUR
2350 PARK STREET
JACKSONVILLE FL 32204

LAW OFFICE OF JOHN S. KALILP
6817 SOUTHPOINT PKWY, #1402
JACKSONVILLE FL 32216

LAW OFFICE OF KOKO HEAD, P
100 STATE ROAD 13 N.
SUITE D
SAINT JOHNS FL 32259

LEXIS FINANCIAL SERVICES
PO BOX 5833
CAROL STREAM IL 60197-5855

MARY A. MILLER & ASSOC, LLC
PO BOX 1588
NORCROSS GA 30093-2232

MICHAEL A. KOLCUN, ESQUIRE
6960 BONNEVAL ROAD, STE 202
JACKSONVILLE FL 32216-6012

NASSAU CO TAX COLLECTOR
JOHN M DREW
86130 LICENSE ROAD
FERNANDINA BEACH FL 32034

RAMEY & KAMPE, PA
400 N ASHLEY DRIVE
RIVERGATE TOWER, SUITE 1625
TAMPA FL 33602

STATE FARM MUTUAL AUTO
CO ERIC L. HOSTETLER, ESQ
1980 MISCHIGAN AVE
COCOA FL 32922

SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA GA 30384-9211

THE CRAMER LAW CENTER, PL
4217 BAYMEADOWS ROAD, STE 1
JACKSONVILLE FL 32217

THRASHER & HECKMAN, P.A.
908 NORTH GADSDEN STREET
TALLAHASSEE FL 32303

TRUEGREEN
5605 FLORIDA MINING BLVD
BUILDING 100, SUITE 3
JACKSONVILLE FL 32257

US-YELLOW
YELLOW PAGES
PO BOX 41308
JACKSONVILLE FL 32203-1308

VICKIE L. KEELING
45215 STRATTON ROAD
CALLAHAN FL 32011

# United States Bankruptcy Court
## Middle District of Florida

In re  **Keelco, Inc.**                                                                                                    Case No.
                                                     Debtor(s)                      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **12,956.00** |
| Prior to the filing of this statement I have received | $ | **12,956.00** |
| Balance Due | $ | **0.00** |

2.   $ **1,039.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):    **Dwayne A. Keeling**

4.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **All attorney fees and costs subject to final Court review and approval.  Any additional fees and costs accrued will be paid at confirmation.  See attached Fee Agreement.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **All attorney fees and costs subject to final Court review and approval.  Any additional fees and costs accrued will be paid at confirmation.  See attached Fee Agreement.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 8, 2011**                                      **/s/ William B. McDaniel**
                                                                 **William B. McDaniel 084469**
                                                                 **Bankruptcy Law Firm**
                                                                 **of Lansing J. Roy, P.A.**
                                                                 **1710 Shadowood Ln Ste 210**
                                                                 **Jacksonville, FL 32207**
                                                                 **904-391-0030  Fax: 904-391-0031**
                                                                 **information@jacksonvillebankruptcy.com**

# BANKRUPTCY LAW FIRM
# OF LANSING J. ROY, P.A.
1710 Shadowood Lane, Suite 210, Jacksonville, FL 32207
**Telephone:** (904) 391-0030      **FAX:** (904) 391-0031
**Web site:** www.JacksonvilleBankruptcy.com
**E-mail:** information@lansingbanklaw.com

Kevin B. Paysinger, Esquire                              William B. McDaniel, Esquire
Christopher R. DeMetros, Esquire              Lansing J. Roy, Esquire. of Counsel

## CHAPTER 11 FEES & COSTS AGREEMENT

This Chapter 11 Fees and Costs Agreement (the "Agreement") is made between Keelco, Inc. (the "Client") and the Bankruptcy Law Firm of Lansing J. Roy, P.A. (the "Firm") on the date entered below.

Retainer Fee - $15,000.00
Filing Fee - $1,039.00

**TOTAL  $16,039.00**

Terms for Payment of $16,039.00:
a. $16,039.00 of the Total Fee payable at the time we open the Chapter 11 file.

b. Fees are billed on an hourly basis with the lowest increment being 1/10 of an hour (6 minutes).

c. All fees and costs are subject to court approval upon application notice and hearing.

d. Hourly rates for various attorneys and paralegals of the firm are as follows:
   1. Attorney Lansing J. Roy, of Counsel          $350.00/hour
   2. Attorney Kevin B. Paysinger                      $250.00/hour
   3. Attorney William B. McDaniel                    $200.00/hour
   4. Attorney Christopher R. DeMetros            $200.00/hour
   5. Paralegal/Law Clerk                                    $ 75.00/hour

e. It is anticipated that most of the billable hours will come from Kevin Paysinger and William McDaniel.

f. Client will be required to pay the unpaid balance of fees and costs accrued up to the time the case is confirmed upon Confirmation of the Plan and after review and approval by the Bankruptcy Court.

g. Any additional fees and costs will be paid at the time the court approves the application for Final Decree.

h. Within five business days before the confirmation hearing, Client will cause to be deposited in the Firm's trust account the estimated balance of fees and costs to be due according to paragraph g of this Agreement (upon confirmation of the plan).

i.  Upon the entry of the Final decree, the Firm will invoice the final fees and costs accrued between confirmation and final decree.  Client will pay the final billing within five (5) business days of receipt of the same.

j.  Any additional work, if any is needed after Final Decree, will be negotiated by the Client and the Firm.

Entered into this 25 day of _____July_____ 2011.


Keelco, Inc.                                    Bankruptcy Law Firm of Lansing J. Roy, P.A.
By Dwayne A. Keeling                            by William B. McDaniel, Esquire
President                                       Associate



_____                        _____
Dwayne A. Keeling, President                    William B. McDaniel, Associate